**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Renewable World Energies, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4508805** | |
| 4. | **Debtor's address** | **Principal place of business**  **100 State Street**  **Neshkoro, WI 54960**  Number, Street, City, State & ZIP Code  **Marquette**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion

Debtor **Renewable World Energies, LLC**     Case number (*if known*)
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 16, 2023**
MM / DD / YYYY

X **/s/ William D. Harris**                                    **William D. Harris**
Signature of authorized representative of debtor              Printed name

Title **Authorized Representative**

**18. Signature of attorney**

X **/s/ Paul G. Swanson**                                    Date **March 16, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone **920-235-6690**        Email address

**1007861 WI**
Bar number and State

# CONSENT RESOLUTION OF THE SOLE MEMBER OF
# RENEWABLE WORLD ENERGIES, LLC

Harris Energy Group, Inc. (the "Parent Company"), being the sole member of Renewable World Energies, LLC (the "Company"), a Wisconsin limited liability company, does hereby waive notice of meeting and adopt the following resolutions by written consent:

WHEREAS, the Company is the sole member or shareholder of (1) RWE Operations, LLC; (2) Flambeau Hydro, LLC, which itself is the sole member of Eau Galle Hydro, LLC; (3) Iowa Hydro, LLC, which itself is the sole shareholder of Grande Pointe Power Corporation; (4) Grenfell, LLC; (5) UP Hydro, LLC; (6) LCO Hydro, LLC; (7) Neshkoro Hydro, LLC; and (8) Marseilles Hydro Power, LLC (collectively, the "Subsidiaries").

WHEREAS, based on potential defaults to creditors, the Company has determined that it is desirable and in the best interests of the Company, creditors, employees, and other interested parties that the Company file a petition for relief under chapter 11 of the Bankrutpcy Code in the United States Bankrutpcy Court for the Eastern District of Wisconsin.

NOW, THEREFORE, BE IT RESOLVED, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 11 of the Bankrutpcy Code in the United States Bankruptcy Court for the Eastern District of Wisconsin.

BE IT FURTHER RESOLVED that William D. Harris (the "Authorized Agent") be, and hereby is, authorized and directed, in the name of and on behalf of the Company to (1) work with, prepare, and file the petition for relief for the Company at a time and in a manner within the Authorized Agent's discretion; (2) cause to be filed all other necessary and essential papers in connection with the Company's chapter 11 proceeding and to prosecute such papers; and (3) to take further and other actions and take any additional steps, in the name and on behalf of the Company, necessary and appropriate to prosecute the chapter 11 proceeding.

BE IT FURTHER RESOLVED that the Authorized Agent be, and hereby is, authorized and directed to employ the law firm of Steinhilber Swanson LLP ("SSLLP") as general bankruptcy counsel to represent and assist the Company and the Subsidiaries in prosecuting cases under chapter 11 of the Bankrutpcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements with SSLLP and to pay appropriate retainers.

BE IT FURTHER RESOLVED that the Authorized Agent be, and hereby is, authorized and directed to employ Cowie Management Group ("Cowie") as financial advisor to represent and assist the Company and the Subsidiaries in prosecuting cases under chapter 11 of the Bankrutpcy Code, and to take any and all actions to advance the Company's rights and obligations, including the preparation and analysis of the Company's financials; in connection

1

therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements with Cowie and to pay appropriate retainers.

BE IT FURTHER RESOLVED that the Authorized Agent be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements.

BE IT FURTHER RESOLVED that the Company be, and hereby is, authorized to incur debt or otherwise guaranty any debt incurred by the Parent Company or the Subsidiaries in an amount necessary for the Company to pay the cost of filing its chapter 11 proceeding and to retain and employ SSLLP and Cowie; and in connection therewith, Company be, and hereby is, authorized to pledge collateral relating to any debt or guaranty; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents by or on behalf of the Company necessary to implement the foregoing.

BE IT FURTHER RESOLVED that the Authorized Agent be, and hereby is, authorized and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Agent deems necessary, proper, or desirable in connection with the chapter 11 proceeding.

BE IT FURTHER RESOLVED that, in connection with the commencement of the chapter 11 proceeding, the Authorized Agent be, and hereby is, authorized and directed to seek approval of the use of cash collateral or the incurrence of post-petition debt, and the Authorized Agent be, and hereby is, authorized and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents by or on behalf of the Company necessary to implement the foregoing, as well as any additional or further agreements for the use of cash collateral or post-petition debt in connection with the chapter 11 proceeding, with agreement may require that the Company grant liens to the Company's existing lender or a new lender and each agreement.

BE IT FURTHER RESOLVED that the Authorized Agent, on behalf of the Company, be, and hereby is, authorized and directed to coordinate and authorize RWE Operations, LLC, Flambeau Hydro, LLC, Iowa Hydro, LLC, Grenfell, LLC, UP Hydro, LLC, LCO Hydro, LLC, Neshkoro Hydro, LLC, and Marseilles Hydro Power, LLC to file petitions for relief under chapter 11 of the Bankrutpcy Code in the United States Bankruptcy Court for Eastern District of Wisconsin, and to execute and deliver all agreements, documents, and instruments relating to their chapter 11 proceedings.

2

BE IT FURTHER RESOLVED that, in addition to the specific authorizations conferred upon the Authorized Agent, the Authorized Agent, and his designees or delegates, by, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Agent's judgment shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

BE IT FURTHER RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby approved and ratified as true acts and deeds of the Company, with the same force and effect as if each such act, action, or transaction had been specifically authorized in advance by this resolution.

HARRIS ENERGY GROUP, INC., as the Sole Member of Renewable World Energies, LLC

By: _____
William D. Harris, as an authorized representative of Harris Energy Group, Inc.

3

Fill in this information to identify the case:

Debtor name: **Renewable World Energies, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ayres Associates, Inc.** <br> **3433 Oakwood Hills Parkway** <br> **Eau Claire, WI 54701-7698** | | **Trade Debt** | | | | **$10,320.00** |
| **Chippewa & Flambeau Improvement Co** <br> **100 N Barstow Street** <br> **Eau Claire, WI 54703** | | **Trade Debt** | | | | **$26,102.34** |
| **City of Sturgis (GPPC)** <br> **130 N Nottawa** <br> **Sturgis, MI 49091** | | **Trade Debt** | | | | **$32,015.20** |
| **David and Therese Grenfell** <br> **400 Walworth Street** <br> **Kingsford, MI 49802** | | **Promissory Note dtd 2/11/2013 by Debtor which is unsecured as to the Debtor but secured by a separate entity - Grenfell, Inc., a Michigan Corporation** | | | | **$502,980.72** |
| **Electric Power Systems** <br> **21 Millpark Court** <br> **Maryland Heights, MO 63043** | | **Trade Debt** | | | | **$12,991.79** |
| **Fraser, Trebilcock, Davis & Dunlap P.C.** <br> **124 West Allegan Street, Ste 1000** <br> **Lansing, MI 58933** | | **Trade Debt** | | | | **$17,248.50** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Renewable World Energies, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gambit LLC** 601 Engelhart Drive Madison, WI 53713 | | **All assets of the Debtor** | | $250,000.00 | $0.00 | $250,000.00 |
| **Juhl Clean Energy Assets, Inc.** 470 W. 78th Street, Suite 250 Chanhassen, MN 55317 | | **Unconditional, continuing and absolute guarantee of Flambeau Hydro's obligations to Juhl** | | $13,500,000.00 | $0.00 | $13,500,000.00 |
| **M.J. Electric, LLC** 200 West Frank Pipp Drive PO Box 686 Iron Mountain, MI 49801 | | **Trade Debt** | | | | $45,449.40 |
| **MDOT-ASC** 1818 Third Avenue North Escanaba, MI 49829 | | **Trade Debt** | | | | $8,509.00 |
| **North Central Power Co, Inc.** 3661 North Clark Street Radisson, WI 54867 | | **Trade Debt** | | | | $5,031.90 |
| **Northern Machining & Repair, Inc.** 1701 N 26th Street Escanaba, MI 49829 | | **Trade Debt** | | | | $186,953.00 |
| **Pieper Electric Inc.** 6361 North Towne Road Windsor, WI 53598 | | **Trade Debt** | | | | $8,733.20 |
| **Pulvermacher Enterprises, Inc.** 500 W Main Street Princeton, WI 54968 | | **Trade Debt** | | | | $7,431.32 |
| **T&R Electric Supply Co., Inc.** 308 SW 3rd Street Coleman, SD 57017 | | **Trade Debt** | | | | $6,017.68 |
| **The Stephenson National Bank & Trust** 2301 Holmgren Way Green Bay, WI 54304 | | | | $1,956,408.00 | $0.00 | $1,956,408.00 |
| **United State Geological Survey** 12201 Sunrise Valley Drive Reston, VA 20192 | | **Trade Debt** | | | | $16,000.00 |

Debtor **Renewable World Energies, LLC**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Bank**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | | **Trade Debt** | | | | **$50,219.86** |
| **White Water Associates, Inc.**<br>**429 River Lane**<br>**Amasa, MI 49903** | | **Trade Debt** | | | | **$5,315.00** |
| **William D. Harris**<br>**100 State Street**<br>**Neshkoro, WI 54960** | | **Operational Loans to Company** | **Contingent Unliquidated Disputed** | | | **$2,434,784.83** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3

Alliant Energy / WPL
PO Box 3062
Cedar Rapids, IA 52406-3062

AT&T
PO Box 688907
Des Moines, IA 50368-8907

Ayres Associates, Inc.
3433 Oakwood Hills Parkway
Eau Claire, WI 54701-7698

Becher Hoppe Associates, Inc.
330 N 4th Street
Wausau, WI 54401

BEVCOMM
N3767 Fourth Street
Weyerhaeuser, WI 54895

Brandenburg Drainage, Inc.
2236 312th Avenue
Maquoketa, IA 52060

CenturyLink
100 Centurylink Drive
Monroe, LA 71203

Chippewa & Flambeau Improvement Co
100 N Barstow Street
Eau Claire, WI 54703

City of Sturgis (GPPC)
130 N Nottawa
Sturgis, MI 49091

Consumers Energy
1 Energy Plaza Drive
Jackson, MI 49201

Danny S. Tang
833 East Michigan Street
Milwaukee, WI 53202

David and Therese Grenfell
400 Walworth Street
Kingsford, MI 49802

Derek Miller


Eau Galle Hydro, LLC
100 State Street
Neshkoro, WI 54960

Edward C. Hammond
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009

Electric Power Systems
21 Millpark Court
Maryland Heights, MO 63043

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

Flambeau Hydro, LLC
100 State Street
Neshkoro, WI 54960

Fraser, Trebilcock, Davis & Dunlap P.C.
124 West Allegan Street, Ste 1000
Lansing, MI 58933

Gambit LLC
601 Engelhart Drive
Madison, WI 53713

Grande Pointe Power Corporation
100 State Street
Neshkoro, WI 54960

Harris Energy Group, Inc.
100 State Street
Neshkoro, WI 54960

Harris Real Estate Holdings, LLC
One Woodward Ave, Suite 1550
Detroit, MI 48226

Iowa Hydro, LLC
100 State Street
Neshkoro, WI 54960

Jiffy Biffy
PO Box 508
Chetek, WI 54728

Juhl Clean Energy Assets, Inc.
470 W. 78th Street, Suite 250
Chanhassen, MN 55317

Kolve's Tree Service
22851 Woodcreek Road
Siren, WI 54872

Kurt Lehmann
486 Riverhills Rd.
Kingsford, MI 49802

Lac Courte Oreilles Tribal Government
13394 W Trepania Road
Hayward, WI 54843

M.J. Electric, LLC
200 West Frank Pipp Drive
PO Box 686
Iron Mountain, MI 49801

MDOT-ASC
1818 Third Avenue North
Escanaba, MI 49829

Motion Industries - Kingsford
821 East Blvd
Kingsford, MI 49802

North Central Power
3661 Clark Street
Radisson, WI 54867

North Central Power Co, Inc.
3661 North Clark Street
Radisson, WI 54867

Northern Machining & Repair, Inc.
1701 N 26th Street
Escanaba, MI 49829

Northwest Communications
PO Box 139
Amery, WI 54001

Northwestern Wisconsin Electric
PO Box 9
Grantsburg, WI 54840

Pieper Electric Inc.
6361 North Towne Road
Windsor, WI 53598

Pulvermacher Enterprises, Inc.
500 W Main Street
Princeton, WI 54968

Republic Services #897
18500 N Allied Way
Phoenix, AZ 85054

Richmond Sanitary Service, Inc.
12615 Hoffman Road
Marcellus, MI 49067

```
Rock Creek Energy Group LLP
PO Box 96503
PMB 47433
Washington, DC 20090-6503

RWE Data, LLC
One Woodward Avenue
Suite 1550
Detroit, MI 48226

Superior Marketing
8768 18th Street
Brooklyn, NY 11214

T&R Electric Supply Co., Inc.
308 SW 3rd Street
Coleman, SD 57017

Takco MFG
810 S Airport Road
Phillips, WI 54555

The Stephenson National Bank & Trust
2301 Holmgren Way
Green Bay, WI 54304

The Stephenson National Bank & Trust
Attn: Dan Peterson
1820 Hall Avenue
Marinette, WI 54143

Thomas Berutti


Timothy F. Nixon
200 South Washington Street
Suite 100
Green Bay, WI 54301

U.S. Attorney's Office
Civil Process Clerk
517 East Wisconsin Avenue, Suite 530
Milwaukee, WI 53202

United State Geological Survey
12201 Sunrise Valley Drive
Reston, VA 20192

UP Hydro, LLC
100 State Street
Neshkoro, WI 54960

UPPCO
PO Box 37781
Boone, IA 50037-0781
```

```
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104

West Wisconsin Telecom Coop
5808 Old Mill Plaza
Eau Claire, WI 54703

White Water Associates, Inc.
429 River Lane
Amasa, MI 49903

William D. Harris
100 State Street
Neshkoro, WI 54960

William E. Wallo
130 South Barstow Street, Suite 1C
Eau Claire, WI 54701
```

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Renewable World Energies, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Renewable World Energies, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Harris Energy Group, Inc.**
**100 State Street**
**Neshkoro, WI 54960**

☐ None [*Check if applicable*]

**March 16, 2023**
Date

**/s/ Paul G. Swanson**
**Paul G. Swanson 1007861**
Signature of Attorney or Litigant
Counsel for **Renewable World Energies, LLC**
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690 Fax:920-426-5530**