So Ordered.

Dated: August 5, 2025



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                                              Case No. 23-21117-kmp
Harris Energy Group, Inc., *et al.*,[1]                             Chapter 11
                    Debtors.                                        (Jointly Administered)

## ORDER DISMISSING CHAPTER 11 CASES FOR HARRIS ENERGY GROUP, INC. AND RENEWABLE WORLD ENERGIES, LLC

Harris Energy Group, Inc. and Renewable World Energies, LLC filed a motion to dismiss their chapter 11 cases.  No objections were filed.  Accordingly, based on the record,

IT IS HEREBY ORDERED that Case No. 23-21117-kmp, *In re Harris Energy Group, Inc.*, and Case No. 23-21118-kmp, *In re Renewable World Energies, LLC*, are dismissed.  The Clerk is directed to enter this order in both Case No. 23-21117-kmp and Case No. 23-21118-kmp.

IT IS FURTHER ORDERED that all professionals must file any final applications for compensation on or before **August 22, 2025**.  The Court will retain jurisdiction to consider any final applications for compensation.

#####

---

[1] The Debtors in these chapter 11 cases, the last four digits of their federal employee identification number, and their case numbers are: Harris Energy Group, Inc. (5473, Case No. 23-21117-kmp), Renewable World Energies, LLC (8805, Case No. 23-21118-kmp), Flambeau Hydro, LLC (7202, Case No. 23-21121-kmp), Iowa Hydro, LLC (7137, Case No. 23-21123-kmp), Grande Pointe Power Corporation (4106, Case No. 23-21124-kmp), Eau Galle Hydro, LLC (3071, Case No. 23-21127-kmp), and LCO Hydro, LLC (4089, Case No. 23-21129-kmp).

1